IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTIAN RAY REEVES-PUTNAM,<br><br>Defendant. | CR 24-163-BLG-SPW<br><br><br>ORDER |
|---|---|

Pending before the Court is the United States' Motion to Dismiss the Indictment Without Prejudice (Doc. 5). For good cause shown,

IT IS HEREBY ORDERED that the United States' motion to dismiss the indictment without prejudice is **GRANTED**.

DATED this 12th day of December, 2024.

SUSAN P. WATTERS
United States District Judge

1